# Exhibit A –
# Filed Under Seal