IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CRAWFORD & COMPANY,<br><br>    Plaintiff,<br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>No. 1:19-cv-0674-TCB |

### **O R D E R**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

*Discovery in this matter shall begin 30 days after the answer is filed and continue for 8 months.*

IT IS SO ORDERED this 10th day of September, 2019.

_____
Timothy C. Batten, Sr.
United States District Judge